**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WESTLAKE PROPERTY HOLDINGS, LLC, *et al*., | ) ) ) | Case No. 19-22878 (Jointly Administered) |
| | ) | Hon. Deborah L. Thorne |
| Debtors. | ) | |

**QUARTERLY REPORT OF DE MINIMIS
ASSET SALES AND ASSIGNMENTS**

Ira Bodenstein, not individually but solely in his capacity as chapter 7 trustee for the bankruptcy estates of Pipeline-Westlake Hospital, LLC ("Pipeline-Westlake") and Westlake Property Holdings, LLC ("Holdings"), pursuant to the *Order Granting Trustee's Motion for Authority to Sell and Abandon De Minimis Assets and Related Relief* [Dkt. No. 32] (the "Order," and all undefined terms herein having the meanings set forth in the Order), hereby submits the following report itemizing De Minimis Sales and De Minimis Assignments for the calendar quarter ending September 30, 2019, set forth on Exhibit A hereto.

Dated: November 14, 2019

Respectfully submitted,

Ira Bodenstein, not individually, but in his capacity as chapter 7 trustee for the bankruptcy estates of Pipeline-Westlake Hospital, LLC and Westlake Property Holdings, LLC

By:   /s/ David R. Doyle
         One of his attorneys

David R. Doyle (6303215)
Fox Rothschild LLP
321 North Clark Street, Suite 1600
Chicago, IL 60654
ddoyle@foxrothschild.com

Attorney for the Trustee

105112249

## CERTIFICATE OF SERVICE

David R. Doyle certifies that he caused to be served a copy of **Quarterly Report Of De Minimis Asset Sales And Assignments** upon the attached Electronic Mail Notice List through the ECF System which sent notification of such filing via electronic means on November 14, 2019.

/s/ David R. Doyle

## Mailing Information for a Case 1:19-22878

### Electronic Mail Notice List

- **Terence G Banich**    tbanich@foxrothschild.com, kjanecki@foxrothschild.com
- **Ira Bodenstein**    iratrustee@foxrothschild.com, IL29@ecfcbis.com;plove@foxrothschild.com;chdocket@foxrothschild.com
- **Erin M Buechler**    erin.buechler@comed.com
- **John T Carroll**    jcarroll@cozen.com, pgiordano@cozen.com;jdeeney@cozen.com
- **Rosanne Ciambrone**    rciambrone@duanemorris.com, jkahane@duanemorris.com;rpdarke@duanemorris.com;jjohnson3@duanemorris.com
- **Scott R Clar**    sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com
- **Jeffrey C Dan**    jdan@cranesimon.com, sclar@cranesimon.com;mjoberhausen@cranesimon.com
- **David R Doyle**    ddoyle@foxrothschild.com, kjanecki@foxrothschild.com
- **Robert M Fishman**    rfishman@foxrothschild.com, kjanecki@foxrothschild.com
- **Allen J Guon**    aguon@foxrothschild.com, plove@foxrothschild.com;chdocket@foxrothschild.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Kevin H Morse**    kmorse@clarkhill.com
- **Nancy A Peterman**    petermann@gtlaw.com, chilitdock@gtlaw.com;greenbergc@gtlaw.com
- **Christina Sanfelippo**    csanfelippo@foxrothschild.com, orafalovsky@foxrothschild.com
- **John R Weiss**    jrweiss@duanemorris.com