# EXHIBIT A

## **EXHIBIT A**

| De Minimis Asset Sale | Estate | Consideration |
|---|---|---:|
| Return of expired drugs to InMar Rx Solutions, Inc. | Pipeline-Westlake | $5.00 |
| Return of expired drugs to InMar Rx Solutions, Inc. | Pipeline-Westlake | $32.00 |
| Return of expired drugs to InMar Rx Solutions, Inc. | Pipeline-Westlake | $10.00 |
| Return of expired drugs to InMar Rx Solutions, Inc. | Pipeline-Westlake | $267.39 |
| Return of expired drugs to InMar Rx Solutions, Inc. | Pipeline-Westlake | $299.17 |
| Return of expired drugs to InMar Rx Solutions, Inc. | Pipeline-Westlake | $1,218.47 |
| Return of expired drugs to InMar Rx Solutions, Inc. | Pipeline-Westlake | $3,278.86 |
| Return of expired drugs to InMar Rx Solutions, Inc. | Pipeline-Westlake | $25.00 |
| Return of expired drugs to InMar Rx Solutions, Inc. | Pipeline-Westlake | $25.09 |
| Return of expired drugs to InMar Rx Solutions, Inc. | Pipeline-Westlake | $655.93 |
| Return of expired drugs to InMar Rx Solutions, Inc. | Pipeline-Westlake | $738.36 |
| Return of expired drugs to InMar Rx Solutions, Inc. | Pipeline-Westlake | $1,548.96 |
| Return of expired drugs to InMar Rx Solutions, Inc. | Pipeline-Westlake | $3,626.70 |
| | *Total* | **$11,730.93** |

| De Minimis Assignment | Estate | Consideration |
|---|---|---:|
| SYSTOC License Agreement | Pipeline-Westlake | $8,750.00* |
| | *Total* | **$8,750.00** |

*not yet received