# GROUP EXHIBIT 1

**WESTLAKE HOSPITAL**
**ONGOING MAINTENANCE, PRESERVATION AND UPKEEP COSTS**

| Details | 08/22/19 to 01/15/20 | Feb-20 | Mar-20 | Apr-20 |
|---|---|---|---|---|
| Salary, Wages and Benefits | | | | |
| Plant Ops & Maintenance | | 39,347 | 39,347 | 39,347 |
| Security Services | | 24,449 | 24,449 | 24,449 |
| Other Costs | | 439 | 1,126 | 439 |
| *Total SWB* | 618,130 | 64,236 | 64,923 | 64,236 |
| Equipment Maintenance | | | | |
| Boiler Maintenance | 48,296 | 15,000 | 6,000 | 6,000 |
| Elevator Maintenance | 1,972 | 1,972 | 1,972 | 1,972 |
| Security Equipment Maintenance | 564 | - | - | - |
| General Equipment Maintenance | 5,907 | 1,500 | 1,500 | 1,500 |
| *Total Equipment Maintenance* | 56,739 | 18,472 | 9,472 | 9,472 |
| Building Maintenance | | | | |
| Snow Removal | 20,287 | 5,896 | 5,896 | 5,896 |
| Landscaping | 7,910 | - | - | - |
| Security Shutters | 8,943 | - | - | - |
| Fire Monitoring Services | 1,547 | 540 | 540 | 540 |
| General Building Maintenance | 3,500 | - | - | - |
| *Total Building Maintenance* | 42,187 | 6,436 | 6,436 | 6,436 |
| Utilities | | | | |
| Electricity | 196,772 | 35,000 | 35,000 | 35,000 |
| Water | 75,890 | 17,208 | 17,208 | 17,208 |
| *Total Utilities* | 272,663 | 52,208 | 52,208 | 52,208 |
| Insurance | | | | |
| Storage Tank Liability | - | 396 | 396 | 396 |
| Pollution Liability | - | 1,006 | 1,006 | 1,006 |
| Professional and General Liability | - | 16,870 | 16,870 | 16,870 |
| Property Insurance | - | 9,166 | 9,166 | 9,166 |
| Workers Comp Insurance | 16,901 | 2,907 | 2,907 | 2,907 |
| *Total Insurance* | 16,901 | 30,345 | 30,345 | 30,345 |
| Waste Management | 13,675 | 2,120 | 2,120 | 2,120 |
| Property Taxes | - | - | - | - |
| **Total Expenses** | **1,020,296** | **173,817** | **165,504** | **164,817** |

Property Taxes - claim for $876,664.38 has been received as per Property Tax tab. This is being contested.

**Budget Worksheet**
**1111 W Superior Melrose Park**
**2020 Budget**

| Account Number | Account Name | D N | G/L Budget 1/2019-12/20 | Row Total | January | February | March | April | May | June | July | August | September | October | November | December | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4100-0000 | **OPERATING INCOME** | | | | | | | | | | | | | | | | |
| 4100-1000 | **INCOME** | | | | | | | | | | | | | | | | |
| 4100-2000 | **RENTAL REVENUE** | | | | | | | | | | | | | | | | |
| 4100-3000 | Rent | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4100-3500 | Rent - Apartment | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4100-3700 | Rent - Month to Month | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4100-4000 | Rent - Retail | | - | 504,624 | 34,525 | 42,736 | 42,736 | 42,736 | 42,736 | 42,736 | 42,736 | 42,736 | 42,736 | 42,736 | 42,736 | 42,736 | |
| 4100-5000 | Rent - Industrial | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4100-6000 | Rent - Office | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4100-7000 | Rent - Holdover | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4100-8000 | Rent - Abatement | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4100-9000 | Rent - Tax Exempt | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4101-0000 | Prepaid Rent | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4101-1000 | Rent - Other | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4101-1500 | Rent - Ground Lease | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4101-2000 | Rent/Fed Gov_Post Office | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4101-3000 | Percentage Rent | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4101-4000 | Straight Line Rents | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4101-5000 | Association Dues | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4101-5500 | Association Dues - Reserve | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4101-6000 | Association Special Assessments | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4101-7000 | Antenna Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4101-8000 | Conference Room Rental | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4101-9000 | Parking Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4102-0000 | Parking Expenses Contra | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4102-1000 | Storage Rent | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4102-2000 | Past Due Rents | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4102-3000 | Amortize Excess TI Spending | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4299-9999 | **TOTAL RENTAL REVENUE** | | - | 504,624 | 34,525 | 42,736 | 42,736 | 42,736 | 42,736 | 42,736 | 42,736 | 42,736 | 42,736 | 42,736 | 42,736 | 42,736 | |
| 4300-0000 | **RECOVERY INCOME** | | | | | | | | | | | | | | | | |
| 4300-1000 | Estimated Cam | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4300-2000 | Estimated Insurance | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4300-3000 | Estimated Utilities | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4300-4000 | Estimated Property Tax | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4300-5000 | Cam Reconciliation | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4300-6000 | Insurance Reconciliation | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4300-7000 | Utility Reconciliation | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4300-8000 | Property Tax Reconciliation | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4300-9000 | Tenant Improvement Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4399-9999 | **TOTAL RECOVERY INCOME** | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4400-0000 | **OTHER INCOME** | | | | | | | | | | | | | | | | |
| 4400-1000 | Admin Fee | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4400-1500 | Amenity Fee | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4400-2000 | Application Fee | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4400-2800 | Asset Management Fee | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4400-3000 | Association Fee | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4400-4000 | Bad Debt Recovery | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4400-4500 | Bank Contribution Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4400-5000 | Bank Interest Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4400-5100 | B & B Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4400-6000 | Capital Improvement Pass Thru | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4400-6025 | Commission Income - 3rd Party | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4400-6050 | Convenience Fee | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4400-6100 | Copies & Faxes | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4400-7000 | Damage Fee | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4400-7500 | Development Fee | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |

| Code | Description | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4400-8000 | Deposit Forfeit | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4400-9000 | Furniture Income | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4400-9500 | Garbage Compactor | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4401-0000 | Insurance Claim Income | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4401-1000 | Dividend Income | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4401-1500 | Interest Income | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4401-1600 | Janitorial Service | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4401-2000 | Key Income | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4401-2500 | Repairs/Maintenance Charge | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4401-3000 | Late Fee | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4401-4000 | Late Fee Owner | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4401-5000 | Nsf Fee | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4401-6000 | Laundry Income | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4401-7000 | Laundry - Washer / Dryer Rental | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4401-7200 | Legal | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4401-8000 | Misc Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4401-8400 | Move In / Out Fee | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4401-8900 | Pet Fee | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4401-9000 | Public Parking | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4401-9100 | Postage Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4402-0000 | Rent Adjustment Program Fee | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4402-1000 | Refurbishing Fees | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4402-1050 | Setup Fee | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4402-2000 | Tenant Service Requests | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4402-3000 | Termination Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4402-3500 | TIF Income | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4402-4000 | Non-Refundable Fees | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4402-4500 | Upgrade Fee | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4402-5000 | Utility Charges | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4402-6000 | Management Fee | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4402-7000 | Marquee Fee | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4402-8000 | Repairs Charged to Homeowner | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4499-9999 | **TOTAL OTHER INCOME** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | | | | | | | | | | | | | | | | |
| 4500-0000 | **TELECOMMUNICATION INCOME** | | | | | | | | | | | | | | | |
| 4500-1000 | Equipment | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4500-2000 | Internet | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4500-3000 | Long Distance | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4500-4000 | Telecomm - Other | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 4599-9999 | **TOTAL TELECOMMUNICATIONS INCOME** | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| | | | | | | | | | | | | | | | | |
| 4999-9999 | **TOTAL INCOME** | - | 504,624 | 34,525 | 42,736 | 42,736 | 42,736 | 42,736 | 42,736 | 42,736 | 42,736 | 42,736 | 42,736 | 42,736 | 42,736 |
| | | | | | | | | | | | | | | | | |
| 5000-0000 | **OPERATING EXPENSES** | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| 5100-0000 | **RECOVERABLE EXPENSES** | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| 5100-0100 | **COMMON AREA MAINTENANCE EXP**| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| 5100-2000 | **ADMINISTRATIVE EXPENSE** | | | | | | | | | | | | | | | |
| 5100-2001 | Administrative - Bank Fees | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 5100-2002 | Administrative - Delivery | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 5100-2003 | Administrative - Delivery - Overnight | | | - | - | - | - | - | - | - | - | - | - | - | - | |
| 5100-2004 | Administrative - Dues Membershipsa | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 no propessional dues |
| 5100-2005 | Administrative - Mileage Reimbursen | | 1,200 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| 5100-2006 | Administrative - Management Cell/Te | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5100-2007 | Administrative - Office Equipment | | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5100-2008 | Administrative - Office Expense | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5100-2009 | Administrative - Office Supplies | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5100-2010 | Administrative - Miscellaneous | | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5100-2011 | Administrative - Postage & Delivery | - | 360 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 |
| 5100-2012 | Administrative - Printing Copying An | | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5100-2013 | Administrative - Telephone And Mile | | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5100-2014 | Administrative - Tenant Relations | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 NA |
| 5100-2015 | Administrative - Other | | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 5100-2016 | Administrative - Internet | | - | - | - | - | - | - | - | - | - | - | - | - | - | |

| Code | Description | | Annual | | | | | | | | | | | | | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5100-2017 | Administrative - Association Fee | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |  |
| 5100-2018 | Administrative - Parking | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |  |
| 5100-2019 | Administrative - Receiver's Bond | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |  |
| 5100-2020 | Administrative - Fuel Surcharge | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |  |
| 5100-2021 | Adminstrative - Credit Card / Mercha | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |  |
| 5100-2999 | **TOTAL ADMINISTRATIVE EXPENSE** | - | 1,560 | 130 | 130 | 130 | 130 | 130 | 130 | 130 | 130 | 130 | 130 | 130 | 130 | 130 |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 5100-5000 | **CLEANING AND JANITORIAL EXPENSE** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 5100-5001 | Cleaning - Carpets | - | 5,400 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 450 | 1 x per year |
| 5100-5002 | Cleaning - Common Area | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |  |
| 5100-5003 | Cleaning - Contract Services | - | 84,000 | 7000 | 7000 | 7000 | 7000 | 7000 | 7000 | 7000 | 7000 | 7000 | 7000 | 7000 | 7000 | EBM Cleaning Contract |
| 5100-5004 | Cleaning - Mats | - | 1,800 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | Specialty Mats Contract |
| 5100-5005 | Cleaning - Miscellaneous | - | 1,500 | 0 | 500 | 0 | 0 | 0 | 500 | 0 | 0 | 0 | 500 | 0 | 0 |  |
| 5100-5006 | Cleaning - Supplies & Materials | - | 5,700 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 | 475 |  |
| 5100-5007 | Cleaning - Window Washing | - | 5,000 | 0 | 0 | 5000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 x per year |
| 5100-5999 | **TOTAL CLEANING AND JANITORIAL EX** | - | 103,400 | 8,075 | 8,575 | 13,075 | 8,075 | 8,075 | 8,575 | 8,075 | 8,075 | 8,075 | 8,575 | 8,075 | 8,075 |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 5100-6000 | **ELECTRICAL EXPENSE** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 5100-6001 | Electrical - Contracts | - | - | - | - | - | - | - | - | - | - | - | - | - | - |  |
| 5100-6002 | Electrical - Repairs And Maintenance | - | 12,500 | 1000 | 7500 | 1000 | 0 | 1000 | 0 | 1000 | 0 | 1000 | 0 | 0 | 0 | 7500 estimated cost to replace UPS for life safety |
| 5100-6003 | Electrical - Supplies | - | 1,200 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |  |
| 5100-6004 | Electrical - Emergency Generator | - | 2,000 | 0 | 0 | 1000 | 0 | 0 | 0 | 0 | 0 | 1000 | 0 | 0 | 0 | Estimated share of generator service for hospital generators Ira to provide costs |
| 5100-6005 | Electrical - Parking Lot | - | 4,000 | 0 | 0 | 0 | 4000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Estimated share of generator service for hospital generators Ira to provide costs |
| 5100-6999 | **TOTAL ELECTRICAL EXPENSE** | - | 19,700 | 1,100 | 7,600 | 2,100 | 4,100 | 1,100 | 100 | 1,100 | 100 | 2,100 | 100 | 100 | 100 |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 5100-7000 | **ELEVATOR EXPENSE** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 5100-7001 | Elevator - Contract Services | - | 14,400 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 3 car service |
| 5100-7002 | Elevator - Licenses/Inspections | - | 6,750 | 0 | 6500 | 0 | 250 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6500 if load tests required |
| 5100-7003 | Elevator - Repairs & Maintenance | | 4,000 | 0 | 0 | 0 | 4000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4000 in service does not include work on car 3 which has been shut down for an extended period of time |
| 5100-7004 | Elevator - Supplies | | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |  |
| 5100-7005 | Elevator - Telephones | - | 2,700 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 |  |
| 5100-7999 | **TOTAL ELEVATOR EXPENSE** | - | 27,850 | 1,425 | 7,925 | 1,425 | 5,675 | 1,425 | 1,425 | 1,425 | 1,425 | 1,425 | 1,425 | 1,425 | 1,425 |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 5100-9000 | **FIRE LIFE SAFETY EXPENSE** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 5100-9001 | Fire Life Safety - Repairs And Mainte | - | 2,000 | 0 | 0 | 500 | 0 | 500 | 0 | 500 | 0 | 500 | 0 | 0 | 0 | USA FP proposal |
| 5100-9002 | Fire Life Safety - Alarms And Monitor | - | 5,980 | 0 | 5980 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | USA FP proposal |
| 5100-9003 | Fire Life Safety - Fire Extinguisher / | - | 232 | 0 | 232 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | USA FP proposal |
| 5100-9004 | Fire Life Safety - Other | | 525 | 0 | 525 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | USA FP proposal |
| 5100-9005 | Fire Life Safety - Sprinkler / Testing | | 2,600 | 0 | 0 | 0 | 2600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | USA FP proposal |
| 5100-9999 | **TOTAL FIRE LIFE SAFETY EXPENSE** | - | 11,337 | - | 6,737 | 500 | 2,600 | 500 | - | 500 | - | 500 | - | - | - | add $2500 for 2025 as well |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 5101-0000 | **GENERAL BUILDING EXPENSE** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 5101-0001 | General - Decorating | - | - | - | - | - | - | - | - | - | - | - | - | - | - |  |
| 5101-0002 | General - Contract Services | - | 93,960 | 7830 | 7830 | 7830 | 7830 | 7830 | 7830 | 7830 | 7830 | 7830 | 7830 | 7830 | 7830 | ABM Contract |
| 5101-0003 | General - Repairs & Maintenance | - | 6,000 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |  |
| 5101-0004 | General - Supplies And Materials | - | 2,400 | 100 | 300 | 100 | 300 | 100 | 300 | 100 | 300 | 100 | 300 | 100 | 300 |  |
| 5101-0005 | General - Telephone | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |  |
| 5101-0006 | General - Interior Landscaping | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |  |
| 5101-0007 | General - Keys And Locks | - | 2,800 | 50 | 2500 | 50 | 0 | 50 | 0 | 50 | 0 | 50 | 0 | 50 | 0 | $2500 to replace closer on fitness center door |
| 5101-0008 | General - Misc. | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |  |
| 5101-0009 | General - Signage | - | 1,000 | 0 | 0 | 0 | 1000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1000 est to update lobby directory signage |
| 5101-0010 | General - Pest Control | - | 1,800 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 |  |
| 5101-0011 | General - Plumbing | - | 2,400 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |  |
| 5101-0012 | General - Roof Repair And Maintenar | - | 9,600 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | roof patching |
| 5101-0013 | General - Scavenger Services | - | 7,000 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 650 | 650 | 650 | 650 |  |
| 5101-0014 | General - Uniforms | - | 1,620 | 135 | 135 | 135 | 135 | 135 | 135 | 135 | 135 | 135 | 135 | 135 | 135 |  |
| 5101-0015 | General - Vending | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |  |
| 5101-0016 | General - Website | - | 200 | 0 | 0 | 200 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Woodfield Corners Website Hosting |
| 5101-0017 | General - Signage | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |  |
| 5101-0018 | General - Lobby Repairs | - | 3,500 | 0 | 0 | 0 | 0 | 3500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $3500 to replace lobby window with failed seal |
| 5101-0019 | General - Lighting Supplies | - | 6,000 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |  |
| 5101-0020 | General - Sidewalk Repair | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |  |
| 5101-0021 | General - Painting | - | - | - | - | - | - | - | - | - | - | - | - | - | - |  |
| 5101-0022 | General - Siding / Soffit | - | - | - | - | - | - | - | - | - | - | - | - | - | - |  |
| 5101-0023 | General - Caulking | - | - | - | - | - | - | - | - | - | - | - | - | - | - |  |
| 5101-0024 | General - Masonary | - | - | - | - | - | - | - | - | - | - | - | - | - | - |  |
| 5101-0025 | General - Gutter Cleaning / Repairs | - | - | - | - | - | - | - | - | - | - | - | - | - | - |  |

| Account | Description | | Annual | | | | | | | | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5101-0999 | TOTAL GENERAL BUILDING EXPENSE | - | 138,280 | 10,815 | 13,465 | 11,015 | 11,965 | 14,315 | 10,965 | 10,815 | 10,965 | 10,915 | 11,065 | 10,915 | 11,065 | |
| | | | | | | | | | | | | | | | | |
| 5101-1000 | GROUNDS EXPENSE | | | | | | | | | | | | | | | |
| 5101-1001 | Grounds Exp - Contract Service - Lar | - | 7,200 | 0 | 0 | 0 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 0 estimated grounds expense |
| 5101-1002 | Grounds Exp - Contract Service - Snc | - | 39,830 | 7870 | 7870 | 7870 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8110 | 8110 KCG proposal for 2019-2020 season |
| 5101-1003 | Grounds Exp - Landscaping - Exterio | - | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5101-1004 | Grounds Exp - Landscaping - Interio | - | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5101-1005 | Grounds Exp - Landscaping - Repair | - | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5101-1006 | Grounds Exp - Landscaping - Lawn S | - | 1,150 | 0 | 0 | 0 | 500 | 0 | 0 | 0 | 0 | 0 | 0 | 650 | 0 irrigation backflow 2K |
| 5101-1007 | Grounds Exp - Landscaping - Other | - | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5101-1008 | Grounds Exp - Miscellaneous Ground | - | 7,500 | 0 | 0 | 0 | 7500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 replacement plantings |
| 5101-1009 | Grounds Exp - Repair & Maint - Exte | - | 15,000 | 0 | 0 | 0 | 7500 | | 0 | 0 | 7500 | 0 | 0 | 0 | 0 caulking repairs 3k; |
| 5101-1010 | Grounds Exp - Signage | - | 5,000 | 0 | 0 | 0 | 0 | 5000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 relamp the main monument |
| 5101-1011 | Grounds Exp - Pond | - | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5101-1012 | Grounds Exp - Parking Lot Maint | - | 22,000 | 0 | 0 | 0 | 0 | 22000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 crackfill/sealcoat/restripe/repairs |
| 5101-1013 | Grounds Exp - Parking Lot Sweeping/Cleaning | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5101-1014 | Grounds Exp - Snow Removal - Salting | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5101-1015 | Grounds Exp - Landscaping - Tree Maint | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5101-1016 | Grounds Exp - Landscaping - Shrub Maint | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5101-1017 | Grounds Exp - Landscaping - Mulching | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5101-1018 | Grounds Exp - Landscaping - Tree/Sl | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5101-1999 | TOTAL GROUNDS EXPENSE | - | 97,680 | 7,870 | 7,870 | 7,870 | 16,400 | 27,900 | 900 | 900 | 8,400 | 900 | 900 | 9,660 | 8,110 |
| | | | | | | | | | | | | | | | | |
| 5101-2000 | HVAC EXPENSE | | | | | | | | | | | | | | | |
| 5101-2001 | HVAC - Contract Services | - | 9,200 | 0 | 0 | 0 | 3500 | 1700 | 0 | 0 | 0 | 500 | 3500 | 0 | 0 $1200 in May for BAS System contract; $3500 x spring/fall insp |
| 5101-2002 | HVAC - Inspection / Cleaning | - | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 and $500 in Sept for remote access |
| 5101-2003 | HVAC - Repairs & Maintenance | - | 90,000 | 7500 | 7500 | 7500 | 7500 | 7500 | 7500 | 7500 | 7500 | 7500 | 7500 | 7500 | 7500 replace six heat pumps and miscellaneous |
| 5101-2004 | HVAC - Supplies & Materials | - | 12,000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 filters, fuses, supplies |
| 5101-2005 | HVAC - Water Treatment | | 14,400 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 |
| 5101-2006 | HVAC - remote access | | 2,500 | - | 2,500 | - | - | - | - | - | - | - | - | - | - | relocate and install replacement computer from hospital |
| 5101-2999 | TOTAL HVAC EXPENSE | - | 128,100 | 9,700 | 12,200 | 9,700 | 13,200 | 11,400 | 9,700 | 9,700 | 9,700 | 10,200 | 13,200 | 9,700 | 9,700 |
| | | | | | | | | | | | | | | | | |
| 5101-7000 | MANAGEMENT EXPENSES | | | | | | | | | | | | | | | |
| 5101-7001 | Management Exp - Management Fee | - | 54,000 | 4500.00 | 4500.00 | 4500.00 | 4500.00 | 4500.00 | 4500.00 | 4500.00 | 4500.00 | 4500.00 | 4500.00 | 4500.00 | 4500.00 management agreement |
| 5101-7002 | Management Exp - Office Expense | - | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5101-7003 | Management Exp - Office Supplies | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5101-7004 | Management Exp - Onsite Costs-Oth | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5101-7005 | Management Exp - Wages & Benefit | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5101-7006 | Management Exp - Wages & Benefit | - | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5101-7007 | Management Exp - Wages & Benefit | - | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5101-7008 | Management Exp - Wages & Benfts I | - | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5101-7009 | Management Exp - Wages & Benefit | - | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5101-7010 | Management Exp - Other | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5101-7011 | Management Exp - Onsite Wages & I | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5101-7012 | Management Exp - Asset Mgmt Fee | | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5101-7999 | TOTAL MANAGEMENT EXPENSES | - | 54,000 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 |
| | | | | | | | | | | | | | | | | |
| 5101-8000 | MISCELLANEOUS EXPENSE | | | | | | | | | | | | | | | |
| 5101-8001 | Miscellaneous | - | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5101-8002 | Miscellaneous - Licenses | - | 1,500 | 0 | 0 | 0 | 1500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 annual report/sec of state/ state LLC registration |
| 5101-8003 | Miscellaneous - Permits | - | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5101-8004 | Miscellaneous - Marketing & Promotions | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5101-8005 | Miscellaneous - Music | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5101-8999 | TOTAL MISCELLANEOUS EXPENSE | - | 1,500 | - | - | - | 1,500 | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | | |
| 5102-2000 | PAYROLL WAGES & BENEFITS | | | | | | | | | | | | | | | |
| 5102-2001 | Engineer Pension Fund | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5102-2002 | Engineer Training Fund | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5102-2003 | Engineer Health & Welfare | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5102-2004 | Salaries - Engineer | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5102-2005 | Salaries - Management | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5102-2006 | Payroll Taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5102-2007 | Salaries - Bonus | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5102-2999 | TOTAL PAYROLL WAGES & BENEFITS | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | | |
| 5102-4000 | PLUMBING EXPENSE | | | | | | | | | | | | | | | |
| 5102-4001 | Plumbing - Contracts | - | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Acct | Description | | Budget | M1 | M2 | M3 | M4 | M5 | M6 | M7 | M8 | M9 | M10 | M11 | M12 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5102-4002 | Plumbing - Backflow Testing | - | 750 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 750 | 0 | 0 base building |
| 5102-4003 | Plumbing - Repairs And Parts | - | 2,000 | 0 | 500 | 0 | 0 | 500 | 0 | 0 | 500 | 0 | 0 | 0 | 500 | 0 general repairs |
| 5102-4004 | Plumbing - Supplies | | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5102-4005 | Plumbing - Grease Trap | | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5102-4999 | TOTAL PLUMBING EXPENSE | - | 2,750 | - | 500 | - | - | 500 | - | - | 500 | - | 750 | 500 | - | |
| 5102-5000 | PROFESSIONAL FEES EXPENSE | | | | | | | | | | | | | | | |
| 5102-5001 | Professional Fees - Accounting Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 5102-5002 | Professional Fees - Amortization Leas | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 5102-5003 | Professional Fees - Commissions | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 5102-5004 | Professional Fees - Consulting Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 5102-5005 | Professional Fees - Legal Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 5102-5006 | Professional Fees - Other | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 5102-5007 | Professional Fees - Leasing & Market | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 5102-5999 | TOTAL PROFESSIONAL FEES EXPENSE | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 5102-7000 | REPAIRS AND MAINTENANCE EXPENSE | | | | | | | | | | | | | | | |
| 5102-7001 | Repairs & Maintenance - Contracts | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 5102-7002 | Repairs & Maintenance - Supplies | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 5102-7003 | Repairs & Maintenance - Equipment | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 5102-7004 | Repairs & Maintenance - Other | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 5102-7999 | TOTAL REPAIRS AND MAINTENANCE E | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| 5102-8000 | SECURITY EXPENSE | | | | | | | | | | | | | | | |
| 5102-8001 | Security Exp - Fire And Safety | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5102-8002 | Security Exp - Fire Protection | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5102-8003 | Security Exp - Security Contracts | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5102-8004 | Security Exp - Security Repairs And | - | 2,500 | 0 | | 0 | 0 | 0 | 0 | 0 | 2500 | 0 | 0 | 0 | 0 | 0 relocation of security station |
| 5102-8005 | Security Exp - Security Supplies | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5102-8006 | Security Exp - Telephone | - | 4,800 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| 5102-8999 | TOTAL SECURITY EXPENSE | - | 7,300 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 2,900 | 400 | 400 | 400 | 400 | 400 |
| 5199-9999 | TOTAL COMMON AREA MAINTENAN( | - | 593,457 | 44,015 | 69,902 | 50,715 | 68,545 | 70,245 | 36,695 | 40,045 | 44,195 | 39,145 | 41,045 | 45,405 | 43,505 | |
| 5200-1000 | UTILITIES - COMMON AREA | | | | | | | | | | | | | | | |
| 5200-2000 | Cable / T.V. | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5200-3000 | Electricity | - | 656,000 | 64000 | 72000 | 72000 | 72000 | 36000 | 40000 | 36000 | 32000 | 40000 | 64000 | 64000 | 64000 estimate |
| 5200-3001 | Electricity Reimbursement | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5200-4000 | Gas | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5200-4001 | Gas Reimbursement | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5200-5000 | Sewage | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5200-6000 | Telephone / Internet | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5200-7000 | Utility Deposit | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5200-8000 | Water & Sewer | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5200-9000 | Trash Service | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5201-0000 | Utilities - Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5201-1000 | Utilities - Monitoring and Repair | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5299-9999 | TOTAL UTILITIES - COMMON AREA | - | 656,000 | 64,000 | 72,000 | 72,000 | 72,000 | 36,000 | 40,000 | 36,000 | 32,000 | 40,000 | 64,000 | 64,000 | 64,000 |
| 5300-0000 | PROPERTY TAXES | | | | | | | | | | | | | | | |
| 5300-1000 | Real Estate Taxes | - | 645,490 | 0 | 322745 | 0 | 0 | 0 | 0 | 322745 | 0 | 0 | 0 | 0 | 0 Estimated taxes based on paid 2019 taxes |
| 5300-1025 | Real Estate Tax - Prior Year | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5300-1050 | Real Estate Tax Consulting | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5300-2000 | Personal Property Taxes | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5300-3000 | Other Tax 1 | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5300-9999 | TOTAL PROPERTY TAXES | - | 645,490 | - | 322,745 | - | - | - | - | 322,745 | - | - | - | - | - |
| 5400-0000 | INSURANCE | | | | | | | | | | | | | | | |
| 5400-1000 | Insurance - Commercial Auto | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5400-2000 | Insurance - General Liability | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5400-3000 | Insurance - Employee Benefits | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5400-3500 | Insurance - Flood | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5400-4000 | Insurance - Package Policy | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5400-5000 | Insurance - Property And Liability | - | 9,350 | 0 | 9350 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 per policy |
| 5400-6000 | Insurance - Umbrella | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5400-7000 | Insurance - Workers Comp | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Account | Description | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5400-8000 | Insurance - Other | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5400-9999 | TOTAL INSURANCE | - | 9,350 | - | 9,350 | - | - | - | - | - | - | - | - | - | - |
| 5999-9999 | TOTAL RECOVERABLE EXPENSES | - | 1,904,297 | 108,015 | 473,997 | 122,715 | 140,545 | 106,245 | 76,695 | 398,790 | 76,195 | 79,145 | 105,045 | 109,405 | 107,505 |
| 6899-9999 | TOTAL OPERATING EXPENSES | - | 1,904,297 | 108,015 | 473,997 | 122,715 | 140,545 | 106,245 | 76,695 | 398,790 | 76,195 | 79,145 | 105,045 | 109,405 | 107,505 |
| 6999-9999 | NET OPERATING INCOME | - | (1,399,673) | (73,490) | (431,261) | (79,979) | (97,809) | (63,509) | (33,959) | (356,054) | (33,459) | (36,409) | (62,309) | (66,669) | (64,769) |
| 7000-9999 | NON-OPERATING EXPENSE | | | | | | | | | | | | | | |
| 7100-0000 | GENERAL AND ADMINISTRATIVE | | | | | | | | | | | | | | |
| 7100-1000 | PERMITS AND FEES | | | | | | | | | | | | | | |
| 7100-2000 | Environmental Fees | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7100-3000 | Building Inspection - Full | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7100-4000 | Building Inspection - Sd And Cm | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7100-5000 | Business Tax Registration | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7100-6000 | Leasing Commissions | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7100-7000 | Management - Other | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7100-8000 | Management - Setup Fee | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7100-9000 | Permits And Licenses | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7100-9999 | TOTAL PERMITS AND FEES | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7101-0000 | OTHER EXPENSES | | | | | | | | | | | | | | |
| 7101-0001 | Other Exp - Building Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | Health club renovations/showers |
| 7101-0002 | Other Exp - Cable | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7101-0003 | Other Exp - Commissions Expense | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7101-0004 | Other Exp - Computer | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7101-0005 | Other Exp - Electric-N/R | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7101-0006 | Other Exp - Litigation Expense | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7101-0007 | Other Exp - Meals And Entertainmen | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7101-0008 | Other Exp - Miscellaneous - Non-Reir | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7101-0009 | Other Exp - Recording Fee | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7101-0010 | Other Exp - Space Planning Fees | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7101-0011 | Other Exp - Tenant Relations | | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7101-0012 | Other Exp - Tenant Space Refurb. | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7101-0013 | Other Exp - Constr Mgmt Fee | | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7101-0014 | Other Exp - Architect Fee | | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7101-0015 | Other Exp - Repairs & Maint | | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7101-0016 | Other Exp - Locks & Keys | | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7101-0017 | Other Exp - HVAC Repairs | | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7101-0018 | Other Exp - Utility Tenant Reimb | | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7101-0019 | Other Exp - Asset Mgmt Fee | | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7101-0020 | Other Exp - Vacant Space | | 12,000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | estimate based on current vacancy |
| 7101-0021 | Other Exp - Reimb Shared Exp Snow | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7101-0022 | Other Exp - Landscaping | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7101-0023 | Other Exp - Merch Paid-Merch Promo | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7101-0024 | Other Exp - Contributions | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7101-0025 | Other Exp - Gifts | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7101-0999 | TOTAL OTHER EXPENSES | - | 12,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| 7101-1000 | UTILITIES - VACANT EXPENSE | | | | | | | | | | | | | | |
| 7101-1001 | Utilities - Vacant - Electric | - | 6,000 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| 7101-1002 | Utilities - Vacant - Gas | | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7101-1003 | Utilities - Vacant - Sewer | | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7101-1004 | Utilities - Vacant - Telephone/Interne | | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7101-1005 | Utilities - Vacant - Water | | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7101-1999 | TOTAL UTILITIES - VACANT EXPENSE | - | 6,000 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| 7400-0000 | LEASING AND MARKETING EXPENSE | | | | | | | | | | | | | | |
| 7400-0001 | Leasing And Marketing | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7400-0002 | Leasing And Marketing - Office Refre | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7400-0003 | Leasing And Marketing - Signage | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7400-0004 | Leasing And Marketing - Other | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7400-0005 | Leasing and Marketing - Legal | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7400-0006 | Leasing and Marketing - Commissions | | - | - | - | - | - | - | - | - | - | - | - | - | - |

| Code | Description | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7400-0999 | TOTAL LEASING AND MARKETING EXPI | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 7999-9999 | **TOTAL GENERAL AND ADMINISTRAT** | - | 18,000 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| 8100-0000 | **DEPRECIATION AND AMORTIZATIOI** | | | | | | | | | | | | | | |
| 8100-0050 | DEPRECIATION EXPENSE | | | | | | | | | | | | | | |
| 8100-1000 | Depreciation Expense | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8100-1001 | Depreciation Expense - Building | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8100-1002 | Depreciation Expense - Building Imp | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8100-1003 | Depreciation Expense - Tenant Impn | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8100-1004 | Depreciation Expense - Leasehold In | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8100-1005 | Depreciation Expense - Furniture Anc | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8100-1006 | Depreciation Expense - Land Improvements | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8100-1007 | Depreciation Expense - Other Improvements | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8100-1500 | Depreciation Expense - 2011 Step Up | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8100-1501 | Depreciation Expense - 2012 Step Up | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8100-1502 | Depreciation Expense - 2012 Step Down | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8100-2000 | Depreciation Personal Property | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8100-4999 | TOTAL DEPRECIATION EXPENSE | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8100-5000 | AMORTIZATION EXPENSE | | | | | | | | | | | | | | |
| 8100-6000 | Amortization Expense | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8100-6001 | Amortization Expense - Lease Comm | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8100-6002 | Amortization Expense - Loan Closing | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8100-6003 | Amortization Expense - Organization | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8100-6004 | Amortization Expense - Deferred Fina | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8100-6005 | Amortization Expense - Goodwill | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8100-8999 | TOTAL AMORTIZATION EXPENSE | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8100-9999 | **TOTAL DEPRECIATION AND AMORTI** | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8200-1000 | **INTEREST EXPENSE** | | | | | | | | | | | | | | |
| 8200-2000 | Interest Expense | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8200-2001 | Interest Expense - Mortgage Loan Paya | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8200-2002 | Interest Expense - Mortgage Loan Paya | - | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8200-2003 | Interest Expense - Mortgage Loan Paya | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8200-2004 | Interest Expense - Mezzanine Loan | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8200-2005 | Interest Expense - Line Of Credit | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8200-2006 | Interest Expense - Notes Payable | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8200-2007 | Interest Expense - Mortgage Loan TIF | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8200-2008 | Interest Expense - Other | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8200-2999 | **TOTAL INTEREST EXPENSE** | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8200-5000 | **TAX EXPENSES** | | | | | | | | | | | | | | |
| 8200-6000 | Federal Income Tax | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8200-7000 | State Income Tax | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8200-8000 | Income Tax - Late / Penalty | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8200-9999 | **TOTAL TAX EXPENSES** | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8299-9999 | **TOTAL NON-OPERATING EXPENSE** | - | 18,000 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| 9899-9999 | **NET INCOME / (LOSS)** | - | (1,417,673) | (74,990) | (432,761) | (81,479) | (99,309) | (65,009) | (35,459) | (357,554) | (34,959) | (37,909) | (63,809) | (68,169) | (66,269) |
| | ADJUSTMENTS | | | | | | | | | | | | | | |
| 1500-0000 | **FIXED ASSETS** | | | | | | | | | | | | | | |
| 1500-1000 | LAND AND IMPROVEMENTS | | | | | | | | | | | | | | |
| 1500-2000 | Land | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1500-3000 | Land Improvements | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1500-4000 | Accum Depr - Land Impr | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1599-9999 | TOTAL LAND AND IMPROVEMENTS | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1600-0000 | BUILDING AND IMPROVEMENTS | | | | | | | | | | | | | | |
| 1600-3000 | Building Improvements | | - | - | - | - | - | - | - | - | - | - | - | - | - |

| Code | Description | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600-4000 | Tenant Improvements | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1699-9999 | TOTAL BUILDING AND IMPROVEMENT | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1700-0000 | FURNITURE AND EQUIPMENT | | | | | | | | | | | | | |
| 1700-1000 | Furniture, Fixtures & Equipment | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1700-2000 | Software | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1700-3000 | Office Equipment | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1700-4000 | Other Improvements | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1700-5000 | Personal Property | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1788-9999 | TOTAL FURNITURE AND EQUIPMENT | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1799-9999 | TOTAL FIXED ASSETS | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1800-0000 | INTANGIBLE ASSETS | | | | | | | | | | | | | |
| 1800-1000 | Deferred Commissions | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1800-2000 | Deferred Loan Costs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1800-2050 | Deferred Legal Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1800-9999 | TOTAL INTANGIBLE ASSETS | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2300-0000 | LONG TERM LIABILITIES | | | | | | | | | | | | | |
| 2300-1000 | Mortgage Loan Payables 1 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2300-2000 | Mortgage Loan Payables 2 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2300-3000 | Mortgage Loan Payables 3 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2300-3500 | Mortgage Loan Payable - TIF | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2300-4000 | Mezzanine Loan | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2300-4001 | Mezzanine Loan 2 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2300-4002 | Mezzanine Loan 2 - LOC | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2300-4003 | Mezz Interest - Accrual | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2300-4004 | Mezz Interest - Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2300-5000 | Line Of Credit | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2500-0000 | RESERVES | | | | | | | | | | | | | |
| 2500-1000 | Replacement Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2500-1010 | Reserve Interest | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2500-1020 | Reserve Contribution | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2500-1030 | Reserve Expense | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 2500-9999 | TOTAL RESERVES | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | TOTAL ADJUSTMENTS | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | CASH FLOW | - | (1,417,673) | (74,990) | (432,761) | (81,479) | (99,309) | (65,009) | (35,459) | (357,554) | (34,959) | (37,909) | (63,809) | (68,169) | (66,269) |

**REAL ESTATE TAXES**
Projection/Estimate Issues