**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 19-22878 |
| WESTLAKE PROPERTY HOLDINGS, LLC, | ) | (Jointly Administered) |
| *et al.*, | ) | |
| | ) | Hon. Deborah L. Thorne |
| Debtors. | ) | |
| | ) | |
| | ) | |

**AMENDED NOTICE OF MOTION**

TO:    See Attached Service List

**PLEASE TAKE NOTICE** that on **April 23, 2020 at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear telephonically before the **Honorable Deborah L. Thorne**, and shall then and there present the **Trustee's Motion For Entry Of An Order (I) Authorizing The Trustee To Enter Into An Agreement With Triyam, Inc. For The Storage And Disposition Of Electronic Patient Records, (II) Authorizing Payment To Tenet Business Services Corporation For Transition Services; and (III) For Related Relief [ECF No. 166]**, a copy of which was previously served upon you on April 16, 2020.

A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

                                                                  Ira Bodenstein, not personally, but as chapter 7 trustee for the bankruptcy estate of Pipeline – Westlake Hospital, LLC

Dated: April 17, 2020                  */s/ Allen J. Guon*
                                              One of his attorneys

Robert M. Fishman
Allen J. Guon
David R. Doyle
Fox Rothschild LLP
321 N. Clark Street - Suite 1600
Chicago, IL  60654
(312) 517-9200

## **CERTIFICATE OF SERVICE**

Allen J. Guon, an attorney, certifies that he caused to be served a true copy of the attached **Amended Notice of Motion** through the ECF System, via electronic mail and First Class Mail, postage prepaid, as indicated, on the below mentioned parties on April 17, 2020.

*/s/ Allen J. Guon*

**Mailing Information for Case 19-22878**

**Electronic Mail Notice List**

The following is the list of <u>parties</u> who are currently on the list to receive email notice/service for this case.

- Terence G Banich    tbanich@foxrothschild.com, kjanecki@foxrothschild.com
- Ira Bodenstein    iratrustee@foxrothschild.com, IL29@ecfcbis.com;plove@foxrothschild.com;chdocket@foxrothschild.com
- Ira Bodenstein    ibodenstein@foxrothschild.com, plove@foxrothschild.com;chdocket@foxrothschild.com
- Erin M Buechler    erin.buechler@comed.com
- John T Carroll    jcarroll@cozen.com, pgiordano@cozen.com;jdeeney@cozen.com;john-carroll-2735@ecf.pacerpro.com
- Vlad V. Chirica    vchirica@perlandgoodsnyder.com
- Rosanne Ciambrone    rciambrone@duanemorris.com, jkahane@duanemorris.com;autodocketchi@duanemorris.com;rpdarke@duanemorris.com;jjohnson3@duanemorris.com
- Scott R Clar    sclar@cranesimon.com, mjoberhausen@cranesimon.com;asimon@cranesimon.com
- David E Cohen    dcohen@fishercohen.com
- Jeffrey C Dan    jeffd@goldmclaw.com
- David R Doyle    ddoyle@foxrothschild.com, kjanecki@foxrothschild.com
- Robert M Fishman    rfishman@foxrothschild.com, kjanecki@foxrothschild.com
- Allen J Guon    aguon@foxrothschild.com, plove@foxrothschild.com;chdocket@foxrothschild.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Robert Lynch    robert.lynch2@illinois.gov, boblynchecf@gmail.com
- Kevin H Morse    kmorse@clarkhill.com
- Nancy A Peterman    petermann@gtlaw.com, chilitdock@gtlaw.com;greenbergc@gtlaw.com;stibbep@gtlaw.com
- Christina Sanfelippo    csanfelippo@foxrothschild.com, orafalovsky@foxrothschild.com
- Julia Jensen Smolka    jjensen@dimonteandlizak.com, sfatima@dimontelaw.com
- John R Weiss    jrweiss@duanemorris.com, autodocketchi@duanemorris.com
- Eric R von Helms    evonhelms@kmksc.com

**VIA E-MAIL**

Triyam, Inc.
Attn: Lisa Williams
2333 Alexandria Drive
Lexington, KY 40504
lisa.williams@triyam.com

Tenet Business Services Corporation
c/o Gregory Pesce
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
gregory.pesce@kirkland.com

Conifer Revenue Cycle Solutions, LLC
c/o Marc Carmel
McDonald Hopkins
300 North LaSalle Street, Suite 1400
Chicago, IL 60654
mcarmel@mcdonaldhopkins.com

**VIA FIRST CLASS MAIL**
Karen Senger, Division Chief
Illinois Department of Public Health
Division of Health Care Facilities and Programs
525 W. Jefferson Street, 4th floor
Springfield, IL 62761-0001