UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   19-22878 |
| | ) | (Jointly Administered) |
| WESTLAKE PROPERTY HOLDINGS, | ) | Chapter: 7 |
| LLC, et al., | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION FOR LEAVE
## TO FILE SALE MOTION IN EXCESS OF FIFTEEN PAGES

Upon consideration of the motion ("Motion") of  Ira Bodenstein, not individually, but solely in his capacity as chapter 7 trustee ("Trustee") for the bankruptcy estate of Westlake Property Holdings, LLC, for leave to file the Trustee's Motion to Authorize (I) Bidding Procedures and Bid Protections, (II) Sale of Westlake Property Holdings, LLC's Property Free and Clear of Liens, Claims, and Other Interests, (III) Assignment of Related Postpetition Contracts and Leases, and (IV) Related Relief  (the "Sale Motion") in excess of fifteen pages pursuant to Local Rule 5005-3(D); due and proper notice of the Motion having been given; and there being good cause to grant the relief requested; it is ORDERED:

1. The Motion is granted.

2. The Trustee is granted leave to file the Sale Motion effective as of May 7, 2020.


Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  May 14, 2020

**Prepared by:**

Allen J. Guon
Fox Rothschild LLP
321 N. Clark Street, Suite 1600
Chicago, Illinois 60654
(312) 980-3859  telephone
aguon@foxrothschild.com