

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 19-22878 |
| WESTLAKE PROPERTY HOLDINGS, LLC, | ) | (Jointly Administered) |
| *et al.*, | ) | |
| | ) | Hon. Deborah L. Thorne |
| Debtors. | ) | |
| | ) | |

## ADMINISTRATIVE EXPENSE REQUEST FORM

> **THIS FORM IS TO BE USED SOLELY FOR CLAIMS INCURRED ON OR
> AFTER AUGUST 6, 2019 THROUGH AND INCLUDING APRIL 2, 2020
> DO NOT USE THIS FORM FOR CLAIMS ARISING PRIOR TO AUGUST 6, 2019**

1. Name of administrative claimant: *Christine Lisowski*

2. The Estate against which the administrative expense is asserted:

   ☒ The bankruptcy estate of Westlake Property Holdings, LLC (Case No. 19-22878)
   ☒ The bankruptcy estate of Pipeline-Westlake Hospital, LLC (Case No. 19-22881)

3. The nature and description of the administrative expense incurred or arising on or after August 6, 2019 through and including April 2, 2020:

   *Unpaid PTO*

4. The date(s) administrative expense arose: *After August 6, 2019*

5. The total amount of administrative that arose between August 6, 2019 through and including April 2, 2020: *$1,212.96 - $2,021.60*

6. Documentation supporting the administrative expense is attached hereto as ~~Exhibit A~~ (If voluminous, a summary of supporting documents should be attached including information where such supporting documentation may be obtained.)

Date: *05/29/2020*

Signature: *[signature]*
Name: *Christine Lisowski*
Title: *Clinical Dietitian*
Address: *1827 Waverly Way*
*Montgomery, IL 60538*
Phone: *815-859-4587*
Email: *cklisow@gmail.com*



# Personal Accrued Time ❷ ↗

**CL**  Lisowski, Christine K ❷

3004 - DIETITIAN II Exempt
Home Department : 513000 - Dietary Services

Tax ID (SSN)
XXX-XX-3208

Position ID
QX3603105

❶  The balances displayed on this page are as of the last payroll cycle.

Adjustments to your accruals may affect the balances shown below.

| TYPE | ALLOWED | TAKEN TO DATE | BALANCE AVAILABLE | CC |
|------|---------|---------------|-------------------|-----|
| PTO | 128.00 | 48.00 | 80.00 | Q⟩ |
| EIB | 66.42 | 8.00 | 58.42 | Q⟩ |

❮                                              ❯

Copyright © 2019, ADP, LLC ALL RIGHTS RESERVED

https://workforcenow.adp.com/theme/index.html

8/8/2019

**Earnings Statement** **ADP**

PIPELINE-WESTLAKE HOSPITAL LCC
898 PACIFIC COAST HWY STE 500
EL SEGUNDO, CA 90245

Period Beginning: 08/14/2019
Period Ending: 08/24/2019
Pay Date: 08/30/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 2
IL: 1

**CHRISTINE K LISOWSKI**
**1827 WAVERLY WAY**
**MONTGOMERY IL 60538**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.2700 | 8.00 | 202.16 | 26,887.28 |
| Bereavement | | | | 202.16 |
| Ext Illness Ban | | | | 202.16 |
| Pto | | | | 1,212.96 |
| **Gross Pay** | | | **$202.16** | 28,504.56 |

| Assignments | rate | hours |
|---|---|---|
| 513000 | | |
| Regular | 25.2700 | 8.00 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -5.86 | 1,667.25 |
| | Medicare Tax | -1.37 | 389.92 |
| | IL State Income Tax | -0.35 | 1,261.77 |
| | Federal Income Tax | | 2,298.48 |
| | **Other** | | |
| | Dental Pretax | -9.40* | 141.00 |
| | Medical Pretax | -95.25* | 1,428.75 |
| | Vision Pretax | -2.91* | 43.65 |
| | **Net Pay** | **$87.02** | |
| | Checking 1 | -87.02 | |
| | **Net Check** | **$0.00** | |

\* **Excluded from federal taxable wages**
Your federal taxable wages this period are $94.60

© 2000 ADP, LLC

PIPELINE-WESTLAKE HOSPITAL LCC
898 PACIFIC COAST HWY STE 500
EL SEGUNDO, CA 90245

**Advice number:** 00000354015
Pay date: 08/30/2019

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| CHRISTINE K LISOWSKI | xxxxx0916 | xxxx xxxx | $87.02 |

**NON-NEGOTIABLE**