**EXHIBIT A**
**WESTLAKE PROPERTY HOLDINGS, LLC**
**CASE NO. 19-22878**

**WRONG DEBTOR CLAIMS**

| No. | Claimant | Claim Filed In Case | Claim No. | Transfer to Case | Reason for Transfer |
|---|---|---|---|---|---|
| 1 | **Advanced Technologies Group, Inc.**<br>**377 E Butterfield Road, Suite 900**<br>**Lombard, IL 60148** | Westlake Property Holdings, LLC (19-22878) | 34-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Appears to be a claim for services provided to Westlake Hospital. Claimant is listed as a creditor on Pipeline-Westlake Hospital LLC's schedules. |
| 2 | **Alicia M. Diaz**<br>**136 North 13th Avenue, Apt. A**<br>**Melrose Park, IL 60160** | Westlake Property Holdings, LLC (19-22878) | 49-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Claim of former employee of Pipeline-Westlake Hospital LLC. |
| 3 | **Alphatec Spine, Inc.**<br>**5818 El Camino Real**<br>**Carlsbad, CA 92008** | Westlake Property Holdings, LLC (19-22878) | 57-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Invoice for goods provided to Westlake Hospital. Claimant is listed as a creditor on Pipeline-Westlake Hospital LLC's schedules. |
| 4 | **American Courier Services, Inc.**<br>**c/o Law Offices of James M. O'Rourke**<br>**218 N. Jefferson, Suite 400**<br>**Chicago, IL 60661** | Westlake Property Holdings, LLC (19-22878) | 23-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Invoice for services provided to Westlake Hospital. Claimant is listed as a creditor on Pipeline-Westlake Hospital LLC's schedules. |
| 5 | **Aretha Jenkins**<br>**5235 West Lexington**<br>**Chicago, IL 60644** | Westlake Property Holdings, LLC (19-22878) | 26-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Claim of former employee of Pipeline-Westlake Hospital LLC. |

**EXHIBIT A**
**WESTLAKE PROPERTY HOLDINGS, LLC**
**CASE NO. 19-22878**

**WRONG DEBTOR CLAIMS**

| No. | Claimant | Claim Filed In Case | Claim No. | Transfer to Case | Reason for Transfer |
|---|---|---|---|---|---|
| 6 | **Armstrong Medical Industries, Inc.** **575 Knightsbridge Pkwy** **Lincolnshire, IL 60069** | Westlake Property Holdings, LLC (19-22878) | 29-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Invoice for goods provided to Westlake Hospital. |
| 7 | **Bernita T. Lane** **1903 S 15th Ave** **Broadview, IL 60155** | Westlake Property Holdings, LLC (19-22878) | 39-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Claim of former employee of Pipeline-Westlake Hospital LLC. |
| 8 | **Candice Melendez (Westlake Property Holdings, LLC)** **4227 N. Oriole** **Norridge, IL 60706** | Westlake Property Holdings, LLC (19-22878) | 3-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Claim of former employee of Pipeline-Westlake Hospital LLC. Claims register should be updated to reflect claimant's name. |
| 9 | **Carlotta Smith (Westlake Property Holdings, LLC)** **3655 N. Page** **Chicago, IL 60634** | Westlake Property Holdings, LLC (19-22878) | 4-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Claim of former employee of Pipeline-Westlake Hospital LLC. Claims register should be updated to reflect claimant's name. |
| 10 | **Catherine Folker-Maglaya** **4820 N. Melvina Avenue** **Chicago, IL 60630** | Westlake Property Holdings, LLC (19-22878) | 16-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Claim of former employee of Pipeline-Westlake Hospital LLC. |

**EXHIBIT A**
**WESTLAKE PROPERTY HOLDINGS, LLC**
**CASE NO. 19-22878**

**WRONG DEBTOR CLAIMS**

| No. | Claimant | Claim Filed In Case | Claim No. | Transfer to Case | Reason for Transfer |
|---|---|---|---|---|---|
| 11 | Clifford G Lim<br>192 Chapin Way<br>Oswego IL 60543 | Westlake Property Holdings, LLC (19-22878) | 27-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Claim of former employee of Pipeline-Westlake Hospital LLC. |
| 12 | Constance Nowak<br>419 Luthin Rd.<br>Oak Brook, IL 60523 | Westlake Property Holdings, LLC (19-22878) | 55-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Claim of former employee of Pipeline-Westlake Hospital LLC. |
| 13 | Danine Juszynski<br>6155 N. Oriole<br>Chicago, IL 60631 | Westlake Property Holdings, LLC (19-22878) | 25-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Claim of former employee of Pipeline-Westlake Hospital LLC. |
| 14 | First Point Mechanical Services, LLC<br>1625 Winnetka Circle<br>Rolling Meadows, IL 60008 | Westlake Property Holdings, LLC (19-22878) | 56-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Invoice for services provided to Westlake Hospital. Claimant is listed as a creditor on Pipeline-Westlake Hospital LLC's schedules. |
| 15 | Fore Supply Co.<br>Attn: Carol Roth<br>1205 Capital Drive<br>Addison, IL 60101 | Westlake Property Holdings, LLC (19-22878) | 10-2 | Pipeline-Westlake Hospital, LLC (19-22881) | Invoice for goods sold to Westlake Fitness Center. Claimant is listed as a creditor on Pipeline-Westlake Hospital LLC's schedules. |

# EXHIBIT A
## WESTLAKE PROPERTY HOLDINGS, LLC
### CASE NO. 19-22878

**WRONG DEBTOR CLAIMS**

| No. | Claimant | Claim Filed In Case | Claim No. | Transfer to Case | Reason for Transfer |
|---|---|---|---|---|---|
| 16 | **Gregory R. Mazurek**<br>1131 South Center St., Apt#6,<br>Bensenville, IL 60106 | Westlake Property Holdings, LLC (19-22878) | 33-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Claim of former employee of Pipeline-Westlake Hospital LLC. |
| 17 | **IntraNerve LLC**<br>24 South Weber Street, Suite 200<br>Colorado Springs, CO 80903-1928 | Westlake Property Holdings, LLC (19-22878) | 19-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Invoice for services provided to Westlake Hospital. Claimant is listed on Pipeline-Westlake Hospital LLC's schedules. |
| 18 | **Janelle R. Dollar**<br>4575 Barharbor Drive<br>Lake In The Hills, IL 60156 | Westlake Property Holdings, LLC (19-22878) | 51-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Claim of former employee of Pipeline-Westlake Hospital LLC. |
| 19 | **Janet Karolewicz**<br>2475 Eisenhower Dr.<br>Des Plaines, IL 60018 | Westlake Property Holdings, LLC (19-22878) | 54-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Claim of former employee of Pipeline-Westlake Hospital LLC. |
| 20 | **Jessica Ann Hansen(Westlake Hospital)**<br>3023 Emerson Street<br>Franklin Park, IL 60131 | Westlake Property Holdings, LLC (19-22878) | 53-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Claim appears to be a request for overpayment against Westlake Hospital. Claims register should be updated to reflect claimant's name. |

# EXHIBIT A
## WESTLAKE PROPERTY HOLDINGS, LLC
### CASE NO. 19-22878

**WRONG DEBTOR CLAIMS**

| No. | Claimant | Claim Filed In Case | Claim No. | Transfer to Case | Reason for Transfer |
|---|---|---|---|---|---|
| 21 | **Johnson Controls Fire Protection**<br>**50 Technology Drive Attn: Bankruptcy**<br>**Westminster, MA 01441** | Westlake Property Holdings, LLC (19-22878) | 18-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Invoices for monitoring serices for Westlake Hospital and other buildings and and creditor is listed on Pipeline-Westlake Hospital LLC's schedules. |
| 22 | **Julie M. Reggi**<br>**2507 N. Maple St.**<br>**Franklin Park, IL 60131** | Westlake Property Holdings, LLC (19-22878) | 50-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Claim of former employee of Pipeline-Westlake Hospital LLC. |
| 23 | **Laboratory Corporation of America**<br>**P.O. Box 12140**<br>**Burlington, NC 27216** | Westlake Property Holdings, LLC (19-22878) | 17-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Invoice for services provided for Westlake Hospital. Claimant is listed as a creditor on Pipeline-Westlake Hospital LLC's schedules. |
| 24 | **Linda Brecka**<br>**17W511 Morningside Dr.**<br>**Villa Park, IL 60181** | Westlake Property Holdings, LLC (19-22878) | 14-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Claim of former employee of Pipeline-Westlake Hospital LLC. |
| 25 | **Liz M. Garibay**<br>**2515 Ridgeland Ave.**<br>**Berwyn, IL 60402** | Westlake Property Holdings, LLC (19-22878) | 48-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Claim of former employee of Pipeline-Westlake Hospital LLC. |

**EXHIBIT A**
**WESTLAKE PROPERTY HOLDINGS, LLC**
**CASE NO. 19-22878**

**WRONG DEBTOR CLAIMS**

| No. | Claimant | Claim Filed In Case | Claim No. | Transfer to Case | Reason for Transfer |
|---|---|---|---|---|---|
| 26 | **Melody Fountain**<br>**3 S 525 Elizabeth Ave.**<br>**Warrenville, IL, 60555** | Westlake Property Holdings, LLC (19-22878) | 22-3 | Pipeline-Westlake Hospital, LLC (19-22881) | Claim of former employee of Pipeline-Westlake Hospital LLC. |
| 27 | **Midwest Foods**<br>**3100 W. 36th Street**<br>**Chicago, IL 60632** | Westlake Property Holdings, LLC (19-22878) | 32-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Statement for goods sold to Westlake Hospital and creditor is listed on Pipeline-Westlake Hospital LLC's schedules. |
| 28 | **Omni-Pump Repairs Inc.**<br>**Attn: Peter Moraitis**<br>**9224 Chestnut Avenue**<br>**Franklin Park, IL 60131** | Westlake Property Holdings, LLC (19-22878) | 20-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Invoice for goods and services provided to Westlake Hospital and creditor is listed on Pipeline-Westlake Hospital LLC's schedules. |
| 29 | **Radiology Physics Solutions**<br>**Patricia Miller**<br>**4757 Oregon Trail**<br>**McHenry, IL 60050** | Westlake Property Holdings, LLC (19-22878) | 13-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Creditor is listed on Pipeline-Westlake Hospital LLC's schedules. |
| 30 | **Richards Medical Equipment**<br>**1130-B Larkin Drive**<br>**P.O. Box 850**<br>**Wheeling, IL 60090** | Westlake Property Holdings, LLC (19-22878) | 9-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Invoice for goods sold to Westlake Hospital and creditor is listed on Pipeline-Westlake Hospital LLC's schedules. |

**EXHIBIT A**
**WESTLAKE PROPERTY HOLDINGS, LLC**
**CASE NO. 19-22878**

**WRONG DEBTOR CLAIMS**

| No. | Claimant | Claim Filed In Case | Claim No. | Transfer to Case | Reason for Transfer |
|---|---|---|---|---|---|
| 31 | **Rosie L Phillips**<br>**507 S. 50th Ave**<br>**Bellwood, IL 60104** | Westlake Property Holdings, LLC (19-22878) | 41-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Claim of former employee of Pipeline-Westlake Hospital LLC. |
| 32 | **Schindler Elevator Corporation**<br>**1530 Timberwolf Drive**<br>**Holland, OH 43528** | Westlake Property Holdings, LLC (19-22878) | 24-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Invoices for goods and services provided to Westlake Hospital and other buildings. Claimant is listed as a creditor on Pipeline-Westlake Hospital LLC's schedules. |
| 33 | **Selma Watts**<br>**119 Majestic Dr.**<br>**Lombard, IL 60148** | Westlake Property Holdings, LLC (19-22878) | 40-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Claim of former employee of Pipeline-Westlake Hospital LLC. |
| 34 | **Sharon Wilson**<br>**6611 S. Maryland Ave.**<br>**Chicago IL 60637** | Westlake Property Holdings, LLC (19-22878) | 52-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Claim of former employee of Pipeline-Westlake Hospital LLC. |
| 35 | **Steiner Electric Company**<br>**1250 Touhy Ave.**<br>**Elk Grove Village, IL 60007** | Westlake Property Holdings, LLC (19-22878) | 12-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Invoice for goods and services provided to Westlake Hospital. Claimant is listed as a creditor on Pipeline-Westlake Hospital LLC's schedules. |

# EXHIBIT A
## WESTLAKE PROPERTY HOLDINGS, LLC
### CASE NO. 19-22878

**WRONG DEBTOR CLAIMS**

| No. | Claimant | Claim Filed In Case | Claim No. | Transfer to Case | Reason for Transfer |
|---|---|---|---|---|---|
| 36 | **Suburban Door Check & Lock Serv.**<br>**415 W. Ogden Avenue**<br>**Westmont, IL 60559** | Westlake Property Holdings, LLC (19-22878) | 31-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Invoice for goods and services provided to Westlake Hospital. Claimant is listed as a creditor on Pipeline-Westlake Hospital LLC's schedules. |
| 37 | **Verathon, Inc.**<br>**20001 North Creek Parkway**<br>**Bothell, WA 98001** | Westlake Property Holdings, LLC (19-22878) | 5-1 | Pipeline-Westlake Hospital, LLC (19-22881) | Invoice for goods provided to Westlake Hospital. Claimant is listed as a creditor on Pipeline-Westlake Hospital LLC's schedules. |

**EXHIBIT B**
**WESTLAKE PROPERTY HOLDINGS, LLC**
**CASE NO. 19-22878**

**DUPLICATE CLAIMS**

| No. | Claimant | Claim Filed In Case | Duplicate Claim To Be Disallowed | Surviving Claim | Surviving Claim Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|
| 1 | **Carlotta Smith (Westlake Property Holdings, LLC)**<br>**3655 N. Page**<br>**Chicago, IL 60634** | Westlake Property Holdings, LLC (19-22878) | 2-1 | 4-1 | $1,800.00 | The duplicate claim is identical to the surviving claim. |
| 2 | **Thressiamma Matthew**<br>**342 Ashbrook Lane**<br>**Sunnyvayle, TX 75182** | Westlake Property Holdings, LLC (19-22878) | 35-1 | 43-1 | $15,505.00 | The duplicate claim is identical to the surviving claim. |

1

**EXHIBIT C**
**WESTLAKE PROPERTY HOLDINGS, LLC**
**CASE NO. 19-22878**

**AMENDED CLAIMS**

| No. | Claimant | Claim Filed In Case | Amended Claim To Be Disallowed | Surviving Claim | Surviving Claim Amount | Reason For Disallowance |
|---|---|---|---|---|---|---|
| 1 | **Alicia M. Diaz**<br>**136 North 13th Avenue, Apt. A**<br>**Melrose Park, IL 60160** | Westlake Property Holdings, LLC (19-22878) | 30-1 | 49-1 | $3,000.00 | The surviving claim amends the claim to be disallowed. |
| 2 | **Fore Supply Co.**<br>**Attn: Carol Roth**<br>**1205 Capital Drive**<br>**Addison, IL 60101** | Westlake Property Holdings, LLC (19-22878) | 10-1 | 10-2 | $1,844.12 | The surviving claim amends the claim to be disallowed. |
| 4 | **Melody Fountain**<br>**3 S 525 Elizabeth Ave.**<br>**Warrenville, IL, 60555** | Westlake Property Holdings, LLC (19-22878) | 22-1 | 22-3 | $10,260.36 | The surviving claim amends the claim to be disallowed. |
| 5 | **Melody Fountain**<br>**3 S 525 Elizabeth Ave.**<br>**Warrenville, IL, 60555** | Westlake Property Holdings, LLC (19-22878) | 22-2 | 22-3 | $10,260.36 | The surviving claim amends the claim to be disallowed. |
| 6 | **Fettes, Love & Sieben, Inc.**<br>**DiMonte & Lizak, LLC Julia Jensen Smolka**<br>**216 W. Higgins Road**<br>**Park Ridge IL 60068** | Westlake Property Holdings, LLC (19-22878) | 21-1 | 22-2 | $18,374.20 | The surviving claim amends the claim to be disallowed. |