# EXHIBIT A

| DATE OF TRANSFER | CHECK NUMBER | AMOUNT OF TRANSFER |
|---|---|---|
| June 26, 2019 | 253284 | $ 5,736.81 |
| June 28, 2019 | 253350 | $16,753.63 |
| July 24, 2019 | 253463 | $ 9,220.70 |
| July 30, 2019 | 253493 | $ 555.36 |
| | TOTAL | $32,266.50 |

EXHIBIT A

Covidien