UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:

WESTLAKE PROPERTY HOLDINGS, LLC, et al.,

Debtor(s)

Case Number: 19-22878
(Jointly Administered)
Chapter: 7
Honorable Deborah L. Thorne

## ORDER GRANTING TRUSTEE'S OMNIBUS MOTION FOR AN ORDER APPROVING SETTLEMENTS OF CERTAIN AVOIDANCE CLAIMS

Upon consideration of the Trustee's Omnibus Motion for an Order Approving Settlements of Certain Avoidance Claims between Ira Bodenstein, the chapter 7 Trustee (the "Trustee") for the estate of Pipline-Westlake Hospital, LLC (the "Estates" of the "Debtors"), on the one hand, and certain Settling Parties on the other hand (the "Motion" and capitalized terms having the meanings ascribed to them in the Motion); the Court being satisfied that the Settlements are fair and equitable settlements which meet or exceed the required range of reasonableness; the relief requested in the Motion appearing to be in the best interests of the Estates and the Debtors' creditors; sufficient notice of the Motion and opportunity for a hearing having been given; and upon due deliberation, it is ORDERED that:

1. The Motion is granted.

2. Notice of the Motion given to the Service Parties, as provided in the Motion, is adequate, sufficient and satisfies the required notice to be provided of the Motion.

3. The Settlements identified on Exhibit A to the Motion and this Order are approved pursuant to 11 U.S.C. § 363(b) and Fed. R. Bankr. P. 9019(a).

4. The Trustee is authorized to take any and all actions as may be necessary or appropriate to implement the terms and provisions of the Settlements with the Settling Parties, including but not limited to execution of settlement agreements with the Settling Parties.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation and/or enforcement of the Settlements and this Order.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: September 9, 2021

**Prepared by:**

Allen J. Guon
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800

Form G5 (20200113_bkd)

Chicago, IL 60606
(312) 382-3100

# EXHIBIT A

## In re: Pipeline-Westlake Hospital, LLC
## Preference Settlements

| Settling Party | Transfer Amount/ Demand Amount | Asserted Defenses | Settlement Amount |
|---|---|---|---|
| **Alcon Laboratories, Inc.** | $9,347.90 | § 547(c)(2) and (4) | $3,000.00 and waiver of right to file claim under § 502(h) |
| **Alphatec Spine, Inc.** | $8,300.00 | § 547(c)(2) | $6,640.00 and waiver of right to file claim under § 502(h) |
| **Global Healthcare Exchange, LLC** | $15,600.00 | § 547(c)(2) | $10,000.00 and waiver of right to file claim under § 502(h) |
| **Outstanding SA Services** | $28,729.00 | § 547(c)(4) | $12,850.00 and waiver of right to file claim under § 502(h) |
| **Relief Medical Services, Inc.** | $42,650.50 | § 547(c)(2) and (4) | $2,000.00 and waiver of right to file claim under § 502(h) |
| **Zimmer US, Inc.** | $11,699.80 | 90% settlement | $10,529.82 and waiver of right to file claim under § 502(h) |