# AMENDED EXHIBIT A

| Settling Party | Adv. Pro. No. | Transfer Amount/ Demand Amount | Asserted Defenses | Settlement Amount |
|---|---|---|---|---|
| **Covidien Holding, Inc.** | 21-00152 | $32,266.50 | § 547(c)(2) | $12,500.00 and waiver of right to file claim under § 502(h) |
| **Medtronic USA, Inc.** | 21-00169 | $25,786.00 | §547(c)(2) | $12,500.000 and waiver of right to file claim under § 502(h) |
| **Siemens Diagnostics** | 21-00154 | $13,294.09 | § 547(c)(4) | $4,200.00 and waiver of right to file claim under § 502(h) |
| **Schindler Elevator Corp.** | 21-00153 | $24,598.96 | § 547(c)(2) | $4,160.00 and waiver of right to file claim under § 502(h) |

| Settling Party | Adv. Pro. No. | Transfer Amount/ Demand Amount | Asserted Defenses | Settlement Amount |
|---|---|---|---|---|
| **West Health Advocate Solutions, Inc.** | 21-00167 | $23,339.75 | § 547(c)(2), (c)(4) and 365 | $3,557.00 and waiver of right to file claim under § 502(h) |