# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) Case No. 19-22878 |
| WESTLAKE PROPERTY HOLDINGS, LLC, | ) (Jointly Administered) |
| *et al.*, | ) |
| | ) Hon. Deborah L. Thorne |
| Debtors. | ) |
| | ) |

## NOTICE OF WITHDRAWAL OF ADMINISTRATIVE EXPENSE CLAIM

Kee Chong Kim hereby withdraws Administrative Expense Request ECF No. 206 asserted against the bankruptcy estates of Westlake Property Holdings, LLC and Pipeline-Westlake Hospital, LLC.

Kee Chong Kim

Dated: February 24, 2022

/s/ *Reed Heiligman*
Reed Heiligman
Hiltz Zanzig & Heiligman
53 West Jackson Blvd., Suite 1301
Chicago, Illinois 60604
(312) 888-9541
reed@hzhlaw.com

LEGAL\56442558\1