UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>WESTLAKE PROPERTY HOLDINGS, LLC, et al.,<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  19-22878<br>(Jointly Administered)<br>Chapter: 7<br>Honorable Deborah L. Thorne |

**ORDER GRANTING MOTION FOR LEAVE TO FILE WAGE ACT CLASS SETTLEMENT MOTION IN EXCESS OF FIFTEEN PAGES**

      Upon consideration of the motion ("Motion") of Ira Bodenstein, not individually, but solely in his capacity as chapter 7 trustee ("Trustee") for the bankruptcy estate Pipeline – Westlake Hospital, LLC, for leave to file the Joint Motion for the Entry of an Order: (I) Certifying the Proof of Claim filed by Creditor Anna Marie Falcone as a Class Claim Under Fed. R. Bank. P. 7023; (II) Preliminarily Approving the Settlement Between the Trustee and Anna Marie Falcone, as Class Representative and on Behalf of Other Class Members; (III) Approving the Form and Manner of Notice to Class Members of the Settlement; (IV) Scheduling a Final Fairness Hearing for Approval of the Settlement; and (V) Granting Related Relief (the "Class Settlement Motion"), in excess of fifteen pages pursuant to Local Rule 5005-3(D); due and proper notice of the Motion having been given; and there being good cause to grant the relief requested; it is ORDERED:

1. The Motion is granted.

2. The parties are granted leave to file the Class Settlement Motion effective as of February 15, 2022.

Enter:  *Deborah L. Thorne*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  February 24, 2022

**Prepared by:**

Allen J. Guon
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
aguon@cozen.com
(312) 382-3100