UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>WESTLAKE PROPERTY HOLDINGS, LLC, et al.,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 19-22878<br>(Jointly Administered)<br>Chapter: 7<br>Honorable Deborah L. Thorne |

### ORDER GRANTING TRUSTEE'S AMENDED FIFTH OMNIBUS MOTION FOR AN ORDER APPROVING SETTLEMENTS OF CERTAIN AVOIDANCE CLAIMS

Upon consideration of the Trustee's Amended Fifth Omnibus Motion for an Order Approving Settlements of Certain Avoidance Claims between Ira Bodenstein, the chapter 7 Trustee (the "Trustee") for the estate of Pipline-Westlake Hospital, LLC (the "Estate" of the "Debtor"), on the one hand, and certain Settling Parties on the other hand (the "Motion" and capitalized terms having the meanings ascribed to them in the Motion); the Court being satisfied that the Settlements are fair and equitable settlements which meet or exceed the required range of reasonableness; the relief requested in the Motion appearing to be in the best interests of the Estate and the Debtor's creditors; sufficient notice of the Motion and opportunity for a hearing having been given; and upon due deliberation, it is ORDERED that:

1. The Motion is granted.

2. Notice of the Motion given to the Service Parties, as provided in the Motion, is adequate, sufficient and satisfies the required notice to be provided of the Motion.

3. The Settlements identified on Exhibit A to the Motion and this Order are approved pursuant to 11 U.S.C. § 363(b) and Fed. R. Bankr. P. 9019(a).

4. The Trustee is authorized to take any and all actions as may be necessary or appropriate to implement the terms and provisions of the Settlements with the Settling Parties, including but not limited to execution of settlement agreements with the Settling Parties.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation and/or enforcement of the Settlements and this Order.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: March 3, 2022

**Prepared by:**

Thomas E. Springer
Springer Larsen Greene, LLC
300 S County Farms Rd., Suite G

Form G5 (20200113_bkd)

Wheaton, IL 60187
tspringer@springerbrown.com

# AMENDED EXHIBIT A

| Settling Party | Adv. Pro. No. | Transfer Amount/ Demand Amount | Asserted Defenses | Settlement Amount |
|---|---|---|---|---|
| **Covidien Holding, Inc.** | 21-00152 | $32,266.50 | § 547(c)(2) | $12,500.00 and waiver of right to file claim under § 502(h) |
| **Medtronic USA, Inc.** | 21-00169 | $25,786.00 | §547(c)(2) | $12,500.000 and waiver of right to file claim under § 502(h) |
| **Siemens Diagnostics** | 21-00154 | $13,294.09 | § 547(c)(4) | $4,200.00 and waiver of right to file claim under § 502(h) |
| **Schindler Elevator Corp.** | 21-00153 | $24,598.96 | § 547(c)(2) | $4,160.00 and waiver of right to file claim under § 502(h) |
| **West Health Advocate Solutions, Inc.** | 21-00167 | $23,339.75 | § 547(c)(2), (c)(4) and 365 | $3,557.00 and waiver of right to file claim under § 502(h) |