Form G5 (20200713_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                              )        Case Number:  19-22878
WESTLAKE PROPERTY HOLDINGS,                         )                     (Jointly Administered)
LLC, et al.,                                        )
                                                    )        Chapter:  7
                                                    )
                                                    )        Honorable Deborah L. Thorne
                                                    )
              Debtor(s)                             )

### SECOND ORDER GRANTING TRUSTEE'S FIFTH OMNIBUS OBJECTION TO CERTAIN OVERSTATED, MISCLASSIFIED, AND NO LIABILITY CLAIMS

Upon the continued Fifth Omnibus Objection ("Objection") to Certain Overstated, Misclassified and No Liability Claims for entry of an order disallowing or modifying the Disputed Claims as applicable (capitalized terms not defined herein shall have the meaning ascribed to them in the Objection); it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); it appearing that notice of the Objection and the opportunity for a hearing on the Objection were appropriate under the particular circumstances and that no other or further notice need be given;; and after due deliberation and sufficient cause appearing therefor; it is hereby ORDERED that:

1.  The Administrative Expense Request filed by Abbott Diagnostics Division of Abbott Laboratories Inc. (ECF No. 194) is reduced and allowed as a chapter 7 administrative expense pursuant to 11 U.S.C. §§ 503(b)(1) and 507(a)(2) in the amount of $8,693.23.

2.  Each Disputed Claim and the objection by the Trustee to such Disputed Claim, as addressed in the Objection and this Order constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate Order with respect to each Disputed Claim.  Any stay of this Order pending appeal by any claimants whose Disputed Claim is subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

3.  The Trustee and the Clerk of the Bankruptcy Court are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

4.  This Court retains jurisdiction with respect to all matters arising from or related to the enforcement or interpretation of this Order.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  March 22, 2022

**Prepared by:**

Allen J. Guon

Form G5 (20200713_bko)

Cozen O'Connor
123 Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 474-4450