**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| WESTLAKE PROPERTY HOLDINGS, LLC, ) | Case No. 19-22878 |
| *et al.*, ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Hon. Deborah L. Thorne |

**DECLARATION OF JEFF MOORE REGARDING REMAILING**

I, JEFF MOORE, declare and state as follows:

1.  I am a Senior Project Manager with KCC Class Action Services, LLC ("KCC"), located at One McInnis Parkway, San Rafael, CA. Pursuant to the ORDER CERTIFYING WAGE ACT SETTLEMENT CLASS AND PRELIMINARILY APPROVING WAGE ACT SETTLEMENT (the "Preliminary Approval Order") dated February 24, 2022, the Court appointed KCC as the Claims Administrator in connection with the proposed Settlement of the above-captioned Action.[1] I have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

2.  On or before March 14, 2022, KCC received from Counsel for the Trustee a list that included six (6) persons with updated addresses (the "Service List") to be served again with the Class Notice. KCC updated the addresses for the Service List for mailing purposes for these six (6) individuals.

3.  On March 17, 2022, KCC caused the Notice (attached hereto as Exhibit A) to be printed and served on the six (6) parties listed in the updated Service List via U.S. Mail, first class,

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Wage Act Settlement and Release Agreement, dated February 15, 2022, and/or the Preliminary Approval Order.

postage prepaid (attached hereto as Exhibit B). The updated Service List with addresses is on file with KCC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 25, 2022, at San Rafael, California.

*Jeff Moore*
JEFF MOORE

# EXHIBIT A

Pipeline-Westlake Hospital Settlement Administrator
P.O. Box 43208
Providence, RI 02940-3208

# WSK

«3of9 barcode»
«BARCODE»
Postal Service: Please do not mark barcode
WSK «Claim Number»
«FIRST1» «LAST1»
«ADDRESS LINE 1» «ADDRESS LINE 2»
«CITY», «STATE»«PROVINCE» «POSTALCODE» «COUNTRY»

### UNITED STATES BANKRUPTCY COURT FOR NORTHERN DISTRICT OF ILLINOIS

*In re: Pipeline-Westlake Hospital LLC* Case No. 19-22881 (Chapter 7)

**OUR RECORDS INDICATE THAT YOU WERE EMPLOYED BY PIPELINE-WESTLAKE HOSPITAL LLC AND DID NOT RECEIVE COMPENSATION FOR ALL ACCRUED PAID TIME OFF OR VACATION TIME AFTER YOU WERE TERMINATED ON AUGUST 16, 2019, AND ARE ENTITLED TO A PAYMENT FROM THE BANKRUPTCY ESTATE.**

*A federal bankruptcy court authorized this notice. You are not being sued. This is not a solicitation from a lawyer.*

This notice is to inform you that a settlement has been reached between Ira Bodenstein, not individually, but solely as the chapter 7 trustee (the "Trustee") for the bankruptcy estate of Pipeline-Westlake Hospital LLC (the "Westlake Estate") and Anna Marie Falcone, a former Westlake employee that filed a class proof claim in the bankruptcy proceedings on behalf of all former employees that did not receive all compensation for accrued paid time off or vacation time when they were terminated on August 16, 2019, allegedly in violation of the Illinois Wage Payment and Collection Act, 820 ILCS 115 (the "Wage Act"). The Bankruptcy Court has determined that the Wage Act class proof of claim can proceed as a class action in the Bankruptcy Court for the purposes of settlement. The settlement will provide former employees with all accrued paid time off and vacation time, as determined by the Westlake Estate's records, after deducting applicable taxes, attorneys' fees and the costs of administering the settlement. Payments will be sent automatically unless you exclude yourself. The Trustee represents the Westlake Estate and denies any wrongdoing and maintains that the Westlake Estate did not violate any laws. The Bankruptcy Court has not decided who is right or wrong.

**How do I know if I am a Class Member?** Our records indicate that you are part of the Class, which includes individuals who were employed by Pipeline-Westlake Hospital LLC and did not receive compensation for accrued paid time off or vacation time when they were terminated on August 16, 2019, or thereafter.

**What Can I Get Out of the Settlement?** If you are eligible and the Bankruptcy Court approves the settlement, you will receive a share of a $956,150.97 Wage Act Settlement Fund (the "Settlement Fund") that the Trustee and the Bankruptcy Court agreed will be paid from the Westlake Estate, after the payment of your share of applicable taxes, attorneys' fees in the amount of one-third of the Settlement Fund, the Class Representative (defined below) compensation in the amount of $1,500.00, and settlement expenses in the amount of $19,500.00. Your share of the Wage Act Settlement Fund will be determined based upon records maintained by the Westlake Estate reflecting the value of your uncompensated accrued paid time off and vacation time. This settlement does not resolve claims that Pipeline Health System LLC violated the Worker Adjustment and Retraining Notification Act, 29 U.S.C. § 2101, *et seq.*, which are the subject of a different lawsuit that is being resolved separately.

**How Do I Get My Payment?** If you are eligible and as long as you do not exclude yourself from the settlement, your allocation will be paid to you by a check mailed to your last known address. You can update your mailing addresses by calling 1-866-354-3015 or emailing westlake@edelson.com. No payments will be made unless: (1) the settlement is approved by the Bankruptcy Court under Federal Rules of Bankruptcy Procedure 7023 and 9019; and (2) the Bankruptcy Court also approves a separate settlement by and among the Trustee, on the one hand, and Pipeline Health Systems, LLC and Tenet Business Services Corporation, and their respective affiliates, on the other hand.

*Questions? Call 1-866-354-3015*

**What are My Options?** You can do nothing, object to any of the settlement terms, or exclude yourself from the settlement. If you do nothing, a check will be mailed to your last known address.

If you exclude yourself, you will not get a payment, but you will keep any rights to assert a claim against the Westlake Estate that you may have. You must send a letter to the Settlement Administrator by mail or email at SettlementNotice@kccllc.com / P.O. Box 43208, Providence, RI 02940-3208, providing your name, address, and telephone number, and stating that you want to exclude yourself from the settlement. *All requests for exclusion must be received by the Settlement Administrator no later than* **April 7, 2022.**

You can also object to the settlement if you disagree with any of its terms. If the Bankruptcy Court agrees with, or sustains, your objection, you will not receive a payment under the settlement, but you will retain your rights and claims in your objection. To object, you must file a written notice of objection with the Bankruptcy Court including your name, address, and telephone number and specifying the relief you seek and the reasons for that relief. Objections to the settlement must be filed either: (i) electronically via the Court's Electronic Case Filing System or (ii) if you do not have counsel, in person or by mail with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Room 710, Chicago, IL 60604, **SO AS TO BE ACTUALLY RECEIVED by no later than April 7, 2022**. You must also appear, via Zoom for Government, personally or through counsel at your own expense at the Fairness Hearing (defined below).

**What Claims are Being Resolved?** Members of the Class (the "Class Members") who have not filed a valid Notice of Exclusion, for and on behalf of themselves, and their respective predecessors, successors, assigns, heirs, personal representative and estates (collectively, the "Releasing Parties"), will fully and forever release and discharge the Trustee, the Estates, the Debtors and their current and former shareholders, officers, directors, employees, accountants, attorneys, consultants, representatives and other agents, and all of their respective predecessors, successors and assigns (collectively, the "Released Parties"), of and from any and all claims, demands, debts, liabilities, obligations, liens, actions and causes of action, costs, expenses, attorneys' fees and damages of whatever kind or nature, at law, in equity and otherwise, whether known or unknown, anticipated, suspected or disclosed, which the Releasing Parties may now have or hereafter may have against the Released Parties, which relate to or are based on the Class Wage Act Claim or back or severance pay or benefits under any federal, state or local law or regulation arising out of the termination of the Class Members' employment by any Released Party, including, but not limited to: (a) all claims asserted or that could have been asserted as part of the Class Wage Act Claim filed on behalf of the Class Members; (b) all individual Wage Act claims; and (c) any other claims for wages, salaries, bonuses, expense reimbursements, back pay, severance pay or other benefits based on or arising out of any contract or any federal, state or local statute, ordinance or regulation (collectively, the "Released Claims"); *provided, however, that the following claims and/or rights shall not be Released Claims*: (a) claims for continuation of health or medical coverage, at the Class Member's expense, or at the expense of a beneficiary or dependent of a Class Member, to the extent allegedly required by the relevant provisions of the Consolidated Omnibus Budget Reconciliation Act of 1985; (b) claims under the WARN Act against Pipeline Health System LLC, which are the subject of a separate District Court action and that shall be separately settled on a class basis in the District Court; and (c) rights, if any, unrelated to the Class Members' Class Wage Act Claims under the Debtors' 401(k) plans.

**Do I Have a Lawyer?** Yes. The Bankruptcy Court has appointed lawyers from the law firm Edelson PC as "Class Counsel." They represent you and other Class Members. The lawyers will request to be paid from the total amount of the Settlement Fund to be paid by the Westlake Estate. You can hire your own lawyer, but you will need to pay that lawyer's legal fees. The Bankruptcy Court has also approved Anna Marie Falcone—a Class Member like you that filed the class proof of claim—to represent the Class Members as the "Class Representative." The Class Representative will also receive compensation.

**When Will the Bankruptcy Court Approve the Settlement?** The Bankruptcy Court will hold a hearing (the "Fairness Hearing") on May 5, 2022, at 10:00 a.m. before the Honorable Deborah L. Thorne in Courtroom 613 at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. The Bankruptcy Court will hear objections, determine if the settlement is fair, and consider Class Counsel's requested fees, the incentive award for the Class Representative and the settlement expenses.

**The Fairness Hearing will be heard electronically using Zoom for Government.** No personal appearance in the Bankruptcy Court is necessary or permitted. To appear and be heard on the motion, you must do the following:

> **To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID.
>
> **To appear by** telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.
>
> **Meeting ID and password.** The meeting ID for this hearing is 160 9362 1728 – no password required. The meeting ID and further information can also be found on Judge Thorne's web page on the Bankruptcy Court's website.

**You are not required to attend the Fairness Hearing unless you filed an objection to the settlement.**

**How Can I Get More Information?** This notice summarizes the proposed settlement. More details, including the settlement agreement and other documents are available at the Bankruptcy Court's website, https://www.ilnb.uscourts.gov/ (PACER account required) or at the Clerk of the Bankruptcy Court's Office, 219 South Dearborn Street, Room 710, Chicago, IL 60604, between 8:30 a.m. and 4:30 p.m., Monday through Friday, excluding Bankruptcy Court holidays and any closures as a result of the COVID-19 pandemic. You can also contact Class Counsel at 1-866-354-3015 with any questions.

***Questions? Call 1-866-354-3015***

# EXHIBIT B

**Westlake Property Holdings LLC: Class Service List for 3/17/2022**

| CLAIMID | FIRST NAME | LAST NAME |
|---|---|---|
| AA-480-714 | MARTHA | CHRISTIAN |
| AA-643-796 | ARETHA | JENKINS |
| AA-664-854 | JADE | JONES |
| AA-116-616 | ERICA | NEWELL |
| AA-167-997 | VERONICA | PERRY |
| AA-208-646 | ARNOLDO | REYES VASQUEZ |